UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELVIN GENAO,

        Plaintiff,

-against-

POLICE SERVICE AREA 6,

        Defendant.

1:20-CV-2840 (CM)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

COLLEEN McMAHON, Chief United States District Judge:

Plaintiff brings this action *pro se*. He has not paid the relevant fees or applied to proceed without prepayment of fees, that is, *in forma pauperis* ("IFP"), to bring this action. By order dated June 5, 2019, the Court barred Plaintiff from filing any new civil action in this Court IFP without first seeking and obtaining from the Court leave to file. *See Genao v. Saint Pauls Church*, ECF 1:19-CV-2704, 6 (S.D.N.Y. June 5, 2019). Because Plaintiff has not paid the relevant fees, it appears that he wishes to proceed IFP. Plaintiff has not sought leave to file. The Court therefore dismisses this action without prejudice for Plaintiff's failure to comply with the June 5, 2019 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: April 8, 2020
      New York, New York

                                    COLLEEN McMAHON
                                 Chief United States District Judge